**Stephen Wayne CARLSON,**
**Plaintiff–Appellant**

v.

**MINNESOTA DEPARTMENT OF EM-
PLOYMENT AND ECONOMIC DE-
VELOPMENT; Commissioner Katie
Clark Sieben,[1] in Official Capacity;
Governor Mark Dayton, in Official
Capacity, Defendants–Appellees.**

**No. 13–1114.**

United States Court of Appeals,
Eighth Circuit.

Submitted: July 16, 2013.

Filed: July 23, 2013.

Stephen W. Carlson, Saint Paul, MN,
pro se.

Scott A. Grosskreutz, Attorney Gener-
al's Office, Saint Paul, MN, for Defen-
dants–Appellees.

Before LOKEN, COLLOTON, and
KELLY, Circuit Judges.

PER CURIAM.

Stephen Carlson brought this action as-
serting claims under 42 U.S.C. § 1983
against the Minnesota Department of Em-
ployment and Economic Development, its
Commissioner, and the Governor of
Minnesota. He now appeals from the dis-
trict court's[2] adverse judgment granting
defendants' motion for judgment on the
pleadings, denying his motion for injunc-
tive relief, and dismissing the case. Hav-
ing carefully reviewed the record and con-
sidered Carlson's arguments on appeal, we
affirm. *See Poehl v. Countrywide Home
Loans, Inc.,* 528 F.3d 1093, 1096 (8th Cir.
2008) (de novo review of grant of judgment
on the pleadings); *Phelps–Roper v. Nixon,*
509 F.3d 480, 484 (8th Cir.2007) (denial of
motion for preliminary injunction reviewed
for abuse of discretion). We agree with
the district court that Carlson's claims are
barred by the Eleventh Amendment and
the *Younger* abstention doctrine. *See
Younger v. Harris,* 401 U.S. 37, 44, 91
S.Ct. 746, 27 L.Ed.2d 669 (1971) (directing
federal courts to decline jurisdiction in
cases seeking to enjoin ongoing state crim-
inal proceedings); *see also, Middlesex
Cnty. Ethics Comm. v. Garden State Bar
Ass'n,* 457 U.S. 423, 435, 102 S.Ct. 2515, 73
L.Ed.2d 116 (1982) (extending *Younger* to
ongoing state civil proceedings).

Accordingly, the judgment is affirmed.
*See* 8th Cir. R. 47B.

---

1.  Katie Clark Sieben has been appointed to
    serve as Commissioner of the Minnesota De-
    partment of Employment and Economic De-
    velopment, and is substituted as appellee pur-
    suant to Fed. R.App. P. 43(c).

2.  The Honorable Joan N. Ericksen, United
    States District Judge for the District of Minne-
    sota, adopting the report and recommenda-
    tions of the Honorable Jeffrey J. Keyes, Unites
    States Magistrate Judge for the District of
    Minnesota.